1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                     ) | |
|        Petitioner,       ) | No. 3:15-cv-5863 |
|                     ) | |
|    v.                    ) | |
|                     ) | |
| PAMELA DELA CRUZ,      ) | ~~[PROPOSED]~~ NOTICE OF HEARING AND ORDER TO SHOW CAUSE |
|                     ) | |
|        Respondent.     ) | |
|                     ) | |

You, Pamela Dela Cruz, Respondent in this matter, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to levy upon the real property located at 252 E. 17th Street, Pittsburg, California 94565 (the "Subject Property") in order to sell your interest to satisfy all or part of your unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 2009 through 2011, as set forth in Paragraphs seven (7) and eight (8) of the Government's Petition.

This Court has examined the Petition of the United States and accompanying Declaration of Revenue Officer Dana Brownbill, and it is hereby ORDERED that you have ~~25 days from the date of this Order~~ until January 27, 2016 to file with the Clerk of the Court a written Objection to Petition. Any written Objection to Petition should demonstrate either that:

      A.  Your liability has been satisfied; or

B.  You have other assets from which the unpaid tax liabilities can be satisfied; or

C.  Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written Objection to Petition with the Clerk of the Court, then the Court will hold a hearing, at which you must appear, on  February 11, 2016 , 20 16 at  11  a.m./~~p.m.~~, at the United States District Courthouse for the Northern District of California, 1301 Clay Street, Oakland, CA 94612 in the Courtroom of the undersigned, to consider your objections.

It is FURTHER ORDERED that, in addition to filing your Objection to Petition with the Clerk of the Court, you must also mail a copy of your Objection to Petition to the attorney for the United States, at the following addresses, on or before the filing date:

Colin Sampson
Assistant United States Attorney, Tax Division
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

**If you do not file an Objection to Petition within 25 days of the date of this Order, or if you file an Objection to Petition but fail to appear before the Court as instructed, the Court will enter an Order Approving an Internal Revenue Service Levy on the Subject Property located at 252 E. 17th Street, Pittsburg, California 94565.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Pamela Dela Cruz within 5 days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy in hand to Pamela Dela Cruz at the following address:

252 E. 17th Street, Pittsburg, California 94565

Service may also be completed by any other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure, including by leaving a copy at Pamela Dela Cruz's usual place of

1  abode with a person of suitable age and discretion residing therein.

2      The Clerk shall forward copies of this Order to the attorneys for the United States at the address

3  indicated on its pleadings.

4      IT IS SO ORDERED.

5

6      Dated this ___30th_____ day of __December_____, 2015 .

7

8      _____

9      UNITED STATES Magistrate JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] NOTICE OF HEARING AND
    ORDER TO SHOW CAUSE,
    3:15-CV-5863