1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                 Case No.  15-cv-05863-DMR

          Plaintiff,
8
                                               **ORDER SETTING MEET AND**
9         v.                                   **CONFER REGARDING THE**
                                               **GOVERNMENT'S PROPOSAL**
10   PAMELA DELA CRUZ,
                                               Re: Dkt. Nos. 1, 9, 11
          Defendant.
11

12         On December 21, 2015, the United States filed a Petition for Judicial Approval of an

13   administrative levy by the Internal Revenue Service ("IRS") upon the principal residence of

14   respondent Pamela Dela Cruz to satisfy outstanding tax assessments against her for unpaid federal

15   income taxes, penalties, interest, and other statutory additions.  Docket No. 1. On December 30,

16   2015, the court issued a Notice of Hearing and an Order to Show Cause for Dela Cruz to file a

17   written objection to the Petition by January 27, 2016. The Notice enumerated the three available

18   bases for objection, and set a February 11, 2016 hearing date. Docket No. 4.

19         On January 28, 2016, Dela Cruz filed a written objection, stating that she believed she

20   could sell her residence and satisfy her outstanding tax obligations.  Docket No. 9.  The court

21   requested, and the United States provided, a response to Dela Cruz's objection.  Docket Nos. 10,

22   11.  In its response, the United States indicates that it is willing to agree to the delay of the entry of

23   an Order approving the requested levy, and to a private sale of the residence, under certain

24   conditions.  Docket No. 11.

25         The court hereby sets a one-hour meet-and-confer from 10:00 a.m. to 11:00 a.m. on

26   Thursday, February 11, 2016 in the Attorney Lounge on the fourth floor of the Oakland

27   Courthouse.  The parties shall discuss the United States' proposal for conditions for a private sale

28   of the residence.  The February 11, 2016 11:00 a.m. hearing remains on calendar.  The parties

United States District Court
Northern District of California

should come prepared to present to the court any agreement reached regarding the Unites States' proposal.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California